United States District Court
Southern District of Texas

**ENTERED**
January 21, 2020
David J. Bradley, Clerk

TX/SD/JS-14

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | CIVIL ACTION NUMBER M-20-009 |
|---|---|
| Style | UNITED STATES OF AMERICA<br>VS.<br>5.840 ACRES OF LAND, MORE OR LESS, SITUATED IN STARR COUNTY, STATE OF TEXAS; UNKNOWN HEIRS OF PEDRO GARZA, ET AL. |
| ORDER | I stand recused in this case. |

Signed:

*Ricardo H. Hinojosa*
Ricardo H. Hinojosa
United States District Judge

Date: 1/21, 2020

| REASSIGNMENT | This case is reassigned to: |
|---|---|
| | MICAELA ALVAREZ |

DAVID J. BRADLEY
United States District Clerk

By: _____
Deputy Clerk