IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
**FILED**

JAN 2 8 2020

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> <br> v. <br> <br> 5.840 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; UNKNOWN HEIRS OF PEDRO GARZA, *ET AL*, <br> Defendants. | § § § § § § § § § § § § CIVIL ACTION NO. 7:20-CV-009 |

## CLERK'S RECEIPT

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on January 28, 2020, I received from the United States of America, plaintiff herein, and deposited into the Registry of the Court, Check No. 8736-01859053, dated January 23, 2020, for the total sum of ONE HUNDRED DOLLARS AND NO CENTS, being the additional amount of just compensation in the above entitled condemnation proceeding.

CLERK, UNITED STATES DISTRICT COURT

By: _____
Deputy Clerk