IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CASE NO. 7-20-CV-009 |
| | § | |
| 5.840 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, STATE | § | |
| OF TEXAS; UNKNOWN HEIRS OF | § | |
| PEDRO GARZA, ET AL, | § | |
| *Defendants* | § | |
| | § | |

## **DISCLOSURE OF INTERESTED PARTIES BY DEFENDANT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES DEFENDANT **ROMAN CATHOLIC DIOCESE OF BROWNSVILLE** (hereinafter at times referred to as "Defendant") and hereby certifies that the following persons or entities know to it have a financial interest in the outcome of this litigation:

1. Roman Catholic Diocese of Brownsville
   1910 East University Blvd.
   Brownsville, Texas 78520

The Roman Catholic Diocese of Brownsville is not a Texas corporation. In Texas generally a Catholic Bishop holds title to the real estate in the Diocese he is Bishop over. The Bishop of the Roman Catholic Diocese of Brownsville now is the Most Reverend Daniel E. Flores. The property is not owned by him individually. But it is held by him on behalf of the Roman Catholic Diocese of Brownsville. To the extent that he can be considered having a financial interest in the outcome of the litigation, his name is listed here.

The Roman Catholic Diocese of Brownsville referred in its original answer to certain canons of the Code of Canon Law of the Roman Catholic Church and references to Canons 376 and 381 where within a Diocese the Diocesan Bishop is responsible for the care of the Diocese and possesses all the ordinary, proper and immediate power which is required for the exercise of his pastoral office within the Diocese and that the Diocesan Bishop represents its Diocese in all juridic affairs. See Canon 393.

    Respectfully submitted,
**ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, Defendant**

By:   */s/ David C. Garza*
**David C. Garza (Attorney in charge)**
Texas State Bar No. 07731400
Southern District of Texas ID No. 3778
dgarza@garzaandgarza.com
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 300
P.O. Box 2025
Brownsville, Texas 78522-2025
Telephone: (956) 541-4914
Fax: (956) 542-7403
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, I electronically filed the foregoing original answer by Defendant with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record and that I emailed a copy to the following:

**Roland D. Ramos**  *email:* *roland.ramos@usdoj.gov*
Assistant United States Attorney
Southern District of Texas No. 3458120
Texas Bar No. 24096362
1701 W. Bus. Highway 83, Suite 600
McAllen, Texas 78501
Tel.: (956) 618-8010
Fax: (956) 618-8016

        /s/ *David C. Garza*
        David C. Garza