United States District Court
Southern District of Texas
**ENTERED**
April 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:20-cv-00009 |
| | § | |
| 5.840 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, TEXAS; and ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, TEXAS, et al., | § § § § § § | |
| Defendants. | § | |

## SCHEDULING ORDER

The Court now considers the "Joint Discovery/Case Management Plan Under F.R.C.P. 26(f)."[1] In lieu of holding an initial pretrial and scheduling conference in light of the COVID-19 pandemic,[2] the Court issues the following case-specific scheduling order which controls disposition of this action pending further order of the Court. The following actions shall be completed by the dates indicated:

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Deadline to seek joinder of new parties. | May 14, 2020 |
| Deadline to file Federal Rule of Civil Procedure 15(a)(2) motion to amend pleadings. | June 12, 2020 |
| Discovery deadline. | August 12, 2020 |
| Deadline to file all pretrial motions, including any dispositive motions, except motions in limine which shall be filed with the Joint | August 26, 2020 |

---

[1] Dkt. No. 25.
[2] *See* Proclamation No. 9994, 85 Fed. Reg. 15,337 (Mar. 13, 2020) (Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak); Tex. Exec. Order No. GA-14 (eff. Apr. 2, 2020) (Relating to statewide continuity of essential services and activities during the COVID-19 disaster).

| | |
|---|---|
| Pretrial Order. | |
| Deadline to file joint pretrial order, motions in limine, and proposed jury instructions (or proposed findings of fact & conclusions of law).[3] | October 26, 2020 |
| Final pretrial conference and trial scheduling. | November 16, 2020, at 9:00 a.m. |

The initial pretrial and scheduling conference previously scheduled for April 14, 2020 is hereby **CANCELLED**.[4] In light of the Court's cancellation of the conference, the "Joint Unopposed Motion to Appear Telephonically"[5] is **DENIED AS MOOT**. This Scheduling Order is binding on all parties and shall not be modified except by leave of Court upon showing of good cause. All other deadlines not specifically set out in this Scheduling Order will be governed by the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 9th day of April 2020.

_____
Micaela Alvarez
United States District Judge

---

[3] The Joint Pretrial Order must be in accordance with Appendix B of the Local Rules for the Southern District of Texas and must include the disclosures required by Federal Rule of Civil Procedure 26(a)(3).
[4] Dkt. No. 5.
[5] Dkt. No. 28.