# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:20-CV-009 |
| | § | |
| 5.840 ACRES OF LAND, MORE OR LESS SITUATE IN STARR COUNTY, STATE OF TEXAS; UNKNOWN HEIRS OF PEDRO GARZA, *ET AL.*, | § § § § | |
| | § | |
| *Defendants.* | § | |

## CERTIFICATE OF COMMENCEMENT OF SERVICE BY PUBLICATION

The Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Texas, hereby certifies that he believes that the Defendants named below cannot be personally served, because after diligent inquiry within the State of Texas, their place(s) of residence and/or business cannot be ascertained by the Plaintiff, or if ascertained, the place(s) or residence and/or business of said Defendants is beyond the territorial limits of personal service as provided in Fed. R. Civ. P. 71.1. As such, the undersigned Assistant United States Attorney will commence service by publication in accordance with Fed. R. Civ. P. 71.1(d)(3)(B).

**PARTIES:**

1. Unknown Heirs of Pedro Garza[1]
2. Juan R. Cruz [2]

---

[1] *See* Dkt No. 2-7, Schedule G.
[2] *Id*.

                    Respectfully submitted,

                    **RYAN K. PATRICK**
                    United States Attorney
                    Southern District of Texas

By:    *s/ Roland D. Ramos*
                    **ROLAND D. RAMOS**
                    Assistant United States Attorney
                    Southern District of Texas No. 3458120
                    Texas Bar No. 24096362
                    1701 W. Bus. Highway 83, Suite 600
                    McAllen, TX 78501
                    Telephone: (956) 618-8010
                    Facsimile: (956) 618-8016
                    E-mail: Roland.Ramos@usdoj.gov
                    Attorney in Charge for the United States of America

## CERTIFICATE OF SERVICE

I, Roland D. Ramos, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on November 17-18, 2020, a copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

                    By:    *s/ Roland D. Ramos*
                              **ROLAND D. RAMOS**
                              Assistant United States Attorney