# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

MAR 0 2 2021

Nathan Ochsner, Clerk of Court

20210209-121
Martha G. Garza
P.O. Box 2279
Brownsville, TX US 78520

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, February 9, 2021
Case Number: 7:20-cv-00009
Document Number: 57 (1 page)
Notice Number: 20210209-121
Notice: The attached order has been entered.

