**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:20-CV-009 |
| | § | |
| 5.840 ACRES OF LAND, MORE OR | § | |
| LESS SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS; AND UNKNOWN | § | |
| HEIRS OF PEDRO GARZA, *ET AL.,* | § | |
| | § | |
| *Defendants.* | § | |

<u>**DISCLAIMER FOR SAN JUANITA GARZA GARCIA**</u>

In accordance with the provisions of 28 U.S.C. § 1746, I, **SAN JUANITA GARZA GARCIA**, the undersigned, do hereby make the following unsworn declaration, under penalty of perjury:

COMES NOW, **SAN JUANITA GARZA GARCIA**, who has been named as an interested party in the above-styled and numbered condemnation proceeding, and hereby states that I have an interest or claim in the lands, more particularly described in Schedules "C," "D," and "E" of the Complaint in Condemnation and the Declaration of Taking (herein "Subject Property"). However, I further state that I do not wish to make a claim for just compensation and hereby disclaim any right, title, claim or interest in the just compensation paid or to be paid for the taking of the Subject Property. I further ask the Court to dismiss me from this action.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: _____

Page 1 of 2
*Disclaimer for San Juanita Garza Garcia*



Printed Name: San Juanita Garza

Title (if any): _____

Executed on: 3/16/2021 _____ at Rio Grande City Tx. Starr

          (Date)                          (City, State, Country)

Address: ████████████████

Rio Grande City

Tx ████

Telephone: ████████████