United States District Court
Southern District of Texas
**ENTERED**
March 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-009 |
| | § | |
| 5.840 ACRES OF LAND, MORE OR LESS, *et al*, | § § § | |
| Defendants. | § § | |

### ORDER OF DISMISSAL AS TO SAN JUANTIA GARZA GARCIA ONLY

THIS CAUSE is before the Court on the Notice of Disclaimer, filed by Plaintiff, regarding the Disclaimer executed by SAN JUANITA GARZA GARCIA (Dkt. No. 59). After reviewing the Disclaimer and the file in this cause, it is **ORDERED AND ADJUDGED** that SAN JUANITA GARZA GARCIA is hereby **DISMISSED** from this cause.

SO ORDERED this 25th day of March, 2021, at McAllen, Texas.

Randy Crane
United States District Judge