United States District Court
Southern District of Texas
**ENTERED**
September 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-00009 |
| | § | |
| 5.840 ACRES OF LAND, MORE OR LESS, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING JOINT OPPOSED MOTION TO CLOSE CASE

The Court now considers the Joint Opposed Motion to Close Case (Dkt. No. 67) filed by the United States of America and Defendants Leonel Romeo Alvarez, Nayda Alvarez, and Yvette Gaytan. No party has filed opposition to this Motion and the Court therefore considers it as unopposed. *See* Local Rule 7.3. Having considered the Motion, the Court is of the opinion that the Motion should be **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED this 1st day of September, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge